IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD KOBELT, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JBRE GA LLC, doing business as JUST BRAKES, and ERIK PASSARO,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-1550-MHC |

## ORDER

This matter is before the Court on the parties' Joint Motion for Partial Dismissal With Prejudice [Doc. 37] ("Joint Motion"). On January 22, 2016, the parties announced that a Settlement Agreement had been reached, which was subsequently approved by this Court. See Order dated January 26, 2016 [Doc. 36]. The settlement reached by the parties contemplates the claims made by the plaintiffs named above (hereinafter the "Consent Plaintiffs," as referenced in the parties' Settlement Agreement), as well as a putative class of similarly situated individuals. The Joint Motion before the Court seeks to dismiss with prejudice only those claims of the Consent Plaintiffs.

This Court, having reviewed the same, hereby **GRANTS** the Joint Motion for Partial Dismissal With Prejudice [Doc. 37] and **ORDERS** that all of Consent Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

The parties having announced settlement, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Court retains jurisdiction of this case during the Wind Down Period as that term is defined in the Settlement Agreement. The parties shall file a stipulation of dismissal upon finalization of the Wind Down Period. If the need to reopen the case arises due to a failure to effectuate the terms of the Settlement Agreement, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 22nd day of April, 2016.

*Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if Settlement Agreement is not fully effectuated. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.